U. S. 71, 88; (3) *Caperton* v. *Boywer*, 14 Wall. 216, 236–
237; *Herndon* v. *Georgia*, 295 U. S. 441, 442–443. *Mr.
Edward N. Barnard* for appellants.

No. —, original. EX PARTE J. L. STEWART; and

No. —, original. EX PARTE L. CARRIZAL. January 29,
1940. Motions for leave to file petitions for writs of
habeas corpus denied.

No. 2, original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;

No. 3, original. MICHIGAN ET AL. *v.* ILLINOIS ET AL.;
and

No. 4, original. NEW YORK ET AL. *v.* ILLINOIS ET AL.
January 29, 1940. A rule is ordered to issue returnable
February 26 next requiring the complainants to show
cause why the petition for temporary modification of the
decree should not be granted.

No. 10, original, October Term, 1935. WYOMING *v.*
COLORADO. January 29, 1940. The return to the rule
to show cause is received and ordered filed. This cause
is set for hearing on Monday, February 26 next, on the
motion for leave to file petition for rule to show cause
and return to the rule to show cause.

Nos. 543 and 544. LOEHR, MAYOR, ET AL. *v.* DOWNEY,
RECEIVER. February 1, 1940. John J. Condon, Mayor,
Gustav W. Klein, Jr., First Deputy and Acting Comp-
troller, and Raymond J. Whitney, City Manager, etc.,
successors to Joseph F. Loehr, Mayor, James J. Hushion,
Comptroller, and Dennis M. Morrissey, Commissioner of
Public Safety, respectively, substituted as the parties pe-